BRUNER *v.* THE STATE.

APPEAL from the *Posey* Circuit Court.

*Per Curiam.*—The judgment in this case is reversed, for the reasons given in *Brosee* v. *The State,* 5 Ind. R. 75, the questions arising in the record of each case being similar.

*A. P. Hovey* and *T. B. Holt,* for the appellant.

*J. P. Edson,* for the state.